## W. R. RAY v. THE STATE.

No. 9805.     Delivered Jan. 20, 1926.

**Operating Motor Vehicle, Without License Number—Information and Complaint—Insufficient.**

Under Art. 820aa Vernon's 1920 Statutes, Art. 810 P. C. 1925, it is made an offense to operate a motor vehicle without number plates, only when same is operated on a public highway in this state. An information and complaint which fails to charge the operation of such vehicle on such public highway, charges no offense against the laws of this state.

Appeal from the County Court of Comanche County. Tried below before the Hon. R. A. Luker, Judge.

Appeal from a conviction for operating a motor vehicle without having attached thereto a license number plate and pair of license number plates issued for said vehicle, penalty a fine of $25.00.

*A. B. Haworth,* of Comanche, for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the County Court of Comanche County for operating a motor vehicle·without having attached thereto a license number plate and pair of license number plates issued for said vehicle, penalty a fine of $25.00.

Art. 820-aa, Vernon's 1920 statutes, which is Art. 810 P. C. 1925, forbids the operation of a motor vehicle without said number plates only when operated on a public highway in this state. We find nothing in the complaint and information charging appellant with operating said vehicle on such public highway. The information and complaint are fatally defective.

The judgment is reversed and the prosecution ordered dismissed.

*Reversed and dismissed.*